Opinion on Rehearing

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 97-6614

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN OKPALA,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CR-91-452-L, CA-96-2524-L)

_____

Submitted: December 23, 1997        Decided: January 9, 1998

_____

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior Circuit Judges.

_____

Affirmed in part and dismissed in part by unpublished per curiam opinion.

_____

John Okpala, Appellant Pro Se. Steve Zimmerman, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and his motions for reconsideration. The district court granted a certificate of appealability as to one issue: "Were Mr. Okpala's due process rights violated during his arrest in Nigeria and extradition to the United States?" We have reviewed the record and the district court's opinion and find no reversible error. According, we affirm the issue for which the district court granted a certificate of appealability and deny a certificate of appealability and dismiss the appeal as to the remaining issues on the reasoning of the district court. United States v. Okpala, Nos. CR-92-452-L; CA-96-2524-L (D. Md. Feb. 27 & Apr. 11 & Apr. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART, DISMISSED IN PART

2